[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 21-14158

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

STEPHANIE LYNN FLEMING,
HELEN ELIZABETH STOREY,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:19-cr-00077-MW-MAF-1

2                          Opinion of the Court                          21-14158

—————————————

Before WILSON, JILL PRYOR, and LUCK, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal and Patricia Jean Kyle, appointed counsel for Stephanie Lynn Fleming and Helen Elizabeth Storey, respectively, have filed motions to withdraw on appeal, supported by a joint brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeals is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsels' motions to withdraw are **GRANTED**, and Fleming's and Storey's convictions and sentences are **AFFIRMED**.